IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE KOSTYSHYN 1223 | § | |
| ROSEDALE AVENUE APPEALS | § | No. 428, 2023 |
| | § | |
| | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| | § | C.A. No. N22J-02871 |
| | § | |

## **ORDER**

This 7th day of December 2023, it appears to the Court that on November 21, 2023, the Court entered an order directing the appellants to pay the required filing fee, to pay the Superior Court appeal preparation fee, and to file an amended notice of appeal, all by December 6, 2023, or this appeal would be dismissed without further notice. The appellants have not complied with the Court's order; therefore, dismissal of these proceedings is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice